18571. STEDHAM *v.* FARMERS STATE BANK OF TEMPLE.

BLOODWORTH, J. In the bill of exceptions the only judgment excepted to was the overruling of a motion for a continuance of the case. There was no exception to the verdict and the judgment based thereon. It is obvious that a judgment overruling a motion to continue a cause is not a final judgment within the meaning of section 6138 of the Civil Code of 1910; and the bill of exceptions, containing no exceptions to any judgment or decision final in its nature, can not be entertained. See, in this connection, *Moore* v. *Hill*, 87 *Ga.* 91 (13 S. E. 259); *Harvey* v. *Bowles*, 112 *Ga.* 421 (37 S. E. 364); *McCranie* v. *Shipp*, 10 *Ga. App.* 544 (73 S. E. 701); *Cheney* v. *Corbitt Motor Truck Co.*, 36 *Ga. App.* 590 (137 S. E. 412).

*Writ of error dismissed. Broyles, C. J., and Luke, J., concur.*

DECIDED JANUARY 7, 1928.

Complaint; from city court of Carrollton—Judge Hood. September 12, 1927.

*S. Holderness,* for plaintiff in error. *Boykin & Boykin, Smith, Hammond & Smith,* contra.

---

Appeal and Error, 3 C. J. p. 473, n. 26.